UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 25-00305-001(RMB) |
| v. | : | **ORDER AMENDING THE CONDITIONS OF PRETRIAL RELEASE** |
| FELIX CLARK | : | |

This matter having been opened to the Court on the Court's own motion; and the United States, by Alina Habba, United States Attorney for the District of New Jersey (Elisa T. Wiygul, Assistant United States Attorney, appearing) appearing; and the defendant (by and through his counsel Jeremy McLymont, Esq.) appearing; and the defendant having pled guilty to a two-count Information on May 6, 2025; and the defendant having previously been granted pretrial release with certain conditions (Dkt. No. 10); for the reasons stated on the record at the guilty plea hearing, and for good cause shown,

IT IS on this 7th day of May, 2025,

ORDERED that the defendant's conditions of pretrial release shall be modified to add a curfew. Effective immediately, the defendant shall be restricted to his residence from 6:00 p.m. until 8:00 a.m. every day, except as approved in advance in writing by U.S. Pretrial Services; and IT IS FURTHER

ORDERED that all other conditions of pretrial release shall remain in full force and effect.

_____
HON. RENÉE MARIE BUMB
Chief, United States District Judge